IDA MAE CLAPP, Respondent, v. HENRY STILWELL CLAPP, Appellant.— Order directing defendant, pursuant to section 793 of the Civil Practice Act, to pay plaintiff twenty dollars a month beginning May 1, 1936, on account of a judgment for $515.75 obtained by plaintiff, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

GARRETT E. CORTELYOU, as Administrator with the Will Annexed, etc., of FREDERICK M. CORTELYOU, Deceased, Appellant, v. ISADORE JACOBSON and JOHN JACOBSON, Doing Business under the Firm Name and Style of MANHATTAN FURNITURE COMPANY, Respondents, and Others, Defendants.— Judgment in so far as it dismisses the complaint as against defendants Jacobson in an action brought to recover damages for injuries resulting in the death of plaintiff's testator through the claimed negligence of the defendants in the operation of a motor truck reversed on the law and a new trial granted, with costs to appellant to abide the event. We are of opinion that the plaintiff made out a *prima facie* case as against defendants Jacobson. Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ., concur.